# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| DAVON GRAY | CASE NUMBER: 1:18-mj-0046 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about January 11, 2018, in Marion County, in the Southern District of Indiana defendants did,

Count 1: Possession of a Firearm By a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____<br>TFO Christopher J. Heffner, ATF

Sworn to before me, and subscribed in my presence

January 16, 2018  at  Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge           _____
**Name and Title of Judicial Officer**                  **Signature of Judicial Officer**

# AFFIDAVIT

Your Affiant, Lieutenant Christopher J. Heffner being first duly sworn upon my oath, state as follows:

## Affiant Background and Purpose of Affidavit

1. I am a police officer with the Marion County Sheriffs' Office (MCSO). I have been a police officer in Indianapolis and Marion County, Indiana for the past thirty-four (34) years. I am a "law enforcement officer" as defined in Indiana Code Section 35-31.5-2-185.

2. I am also a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I was a TFO with ATF from 2007 to 2012, and I have been an active TFO from 2013 to present. In connection with my official duties, I am involved in investigations relating to violations of Federal and Indiana firearms laws.

3. I have received training related to the enforcement of federal and Indiana criminal laws, including the following:

4. My initial training was at the Indiana Law Enforcement Academy in 1985. I have satisfied the minimum basic training requirements established by rules adopted by the Law Enforcement Training Board under Indiana Code section 5-2-1-9 and described in 35-37-4-5.

5. I have attended multiple schools relating to interview and investigation techniques, both through MCSO and the Indianapolis Metropolitan Police Department (IMPD), including the Drug Enforcement Administration (DEA) Investigations and Undercover Academy, the ATF Academy, and the Southern Police Institute/University of Louisville Homicide and Death Investigations School.

6. I also have extensive training and schooling in investigations of narcotics, firearms, and homicide crimes, as well as other covert investigations. I have conducted more

than one thousand narcotics and/or firearms investigations. I also receive yearly in-service training through the IMPD, MCSO, and ATF.

7. This Affidavit is submitted in support of a criminal complaint charging Davon GRAY, date of birth XX/XX/1993, with Possession of a Firearm By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in this Affidavit is a combination of information known to me personally and related to me by other law enforcement officers either through direct conversations with them or through their official written reports.

## Facts Supporting Probable Cause

8. On January 11, 2018, an Indianapolis Metropolitan Police Department (IMPD) officer pulled behind a silver Dodge Stratus that he later learned that GRAY was driving. The officer smelled the odor of raw marijuana when following the Stratus. The officer noticed that the smell was not present when he was not directly behind the Stratus after a number of lane changes and turns. The officer then initiated a traffic stop. As the officer exited his vehicle and approached the Stratus driver's window, the smell of raw marijuana became stronger.

9. GRAY was removed from the car and told the officer that there would be about an ounce of marijuana under the driver's seat. The officer found two plastic bags containing marijuana and scales under the seat. In a search incident to arrest, the officer found a Glock 23 bearing serial number SXA556 that contained an extended magazine in an ankle holster on GRAY's left leg.

10. GRAY has been previously convicted of crimes punishable by more than one (1) year in prison, specifically, Armed Robbery as a class B felony under Cause No. 49G05-1301-FB-004384 and Robbery as a class B felony under Cause No. 49G05-1212-FB-081823, both in

Marion County, Indiana. The Glock pistol was not manufactured within the State of Indiana. Accordingly, it was shipped or transported in interstate or foreign commerce.

## Summary and Request

11. Based on the information in this Affidavit, I submit there is probable cause to believe that on or about January 11, 2018, Davon GRAY possessed a firearm while being a prohibited person in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, I respectfully request this Court issue a criminal complaint charging him with that offense along with a warrant for his arrest.

                              Christopher J. Heffner, Task Force Officer
                              Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and subscribed in my presence, this 16th day of January, 2018.

                              Debra McVicker Lynch, Magistrate Judge
                              United States District Court
                              Southern District of Indiana