## Indianapolis Metropolitan Police Department

Incident Report
201 N Shadeland Ave Indianapolis, IN 46219
Phone: (317) 327 - 3000



East District

| ORI | County | Venue | Report # |
|---|---|---|---|
| INIPD0000 | Marion | INDIANAPOLIS | PD18003917 |
| **Report Date / Time** | **Occurrence Date / Time** | | **File Class** |
| 01/11/2018 15:54 Hrs (US/Eastern) | 01/11/2018 15:39 Hrs (US/Eastern) | | 35-47-2-B |

**Supplements:** Approved Report (1)

**Summary:** On January 11, 2018 IMPD Officers stopped a vehicle. The traffic stop lead to a gun arrest and narcotics.

**Make this report attention to:**
**Gang Related:** No
**Domestic Related:** No
**Firearm Involved:** Yes
**Narcotics Involved:** Yes
**Precious Metals Involved:** No
**L.E.P. (Limited English Proficiency) Resource Used:** LEP Resources Not Needed
**L.E.P. Language Used:** Not Applicable/None

### Incident Location

**Address:** 2070 North Arlington Avenue
**City:** Indianapolis   **County:**   **State:** Indiana
**ZIP:** 46218   **Country:** United States of America
**Township of Occurrence:**

**Beat:** NE   **Latitude:** 39.795969   **Longitude:** -86.064763
**Sub-Beat:** 30
**Comments:** E 20TH ST & E 21ST ST

### Additional Locations

**Supp #:** 0   **Address:** 2070 North Arlington Avenue INDIANAPOLIS, IN 46218
**Type:** Arrest Location   **Date of Info:** 01/11/2018

### Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 35-47-2-B - Weapons- Possession Firearm | Cleared by Arrest | 01/11/2018 15:40 Hrs |

**Attempted / Completed:** Completed
**Weapons Used:** Handgun

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 35-48-I - Controlled Substance- Dealing Marijuana | Cleared by Arrest | 01/11/2018 15:40 Hrs |

**Attempted / Completed:** Completed

PD18003917 - IMPD East District - Marion (IN49)

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 35-48-D - Controlled Substance- Possess Paraphernalia | Cleared by Arrest | 01/11/2018 15:40 Hrs |

**Attempted / Completed:** Completed

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 35-48-J - Controlled Substance- Possession/Cultivation Marijuana | Cleared by Arrest | 01/11/2018 15:40 Hrs |

**Attempted / Completed:** Completed

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 9-24-C - Motor Vehicle- Operating Having Never Received A License | Cleared by Arrest | 01/11/2018 15:40 Hrs |

**Attempted / Completed:** Completed

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Arresting / Citing | D. Hiser (#40242) | IMPD East District | 0 |
| Assisting | Officer S. Nicholsen (#40845) | IMPD East District | 0 |
| Reporting | D. Hiser (#40242) | IMPD East District | 0 |

## Incident People

**Arrestee,Suspect / Offender**    **Supp # 0**

**Name:** GRAY, DAVON  (Primary Name)    **Title:**    **Date of Birth:**************



12/03/2012

**Race:** Black or African American    **Sex:** M    **Age at Occurrence:** 24 Years Old
**DL #:**
**Address:** ***INDIANAPOLIS, IN 46205 (Date of Info: 01/11/2018) 317-******* - Other
**Phone:** (Date of Info: 02/09/2015)
317-***** - Cellular (Date of Info: 01/11/2018)

**Physical Description: Hgt:** 509    **Wgt:** 164    **Date of Info:** 01/11/2018
**Hair:** Black
**Eyes:** Brown

**Arrest Date:** 01/11/2018    **Arrest Type:** On-View Arrest/Outright

**Incarceration Information**
**Location:** Marion County Jail    **Bond Amount:**    **Bond Type:**

## Incident Organizations

PD18003917 - IMPD East District - Marion (IN49)

**Victim**  Society

## Incident Property

**Property Index ID:** 652378
**Property:** Drugs / Narcotics - Controlled Substance   **Supp #:** 0   **Offense:** 35-48-I Controlled Substance- Dealing Marijuana
35-48-J Controlled Substance- Possession/Cultivation Marijuana

**Loss Type:** Seized (NOT previously stolen)
**Status:** Seized   **Value:** $ 0.00
**Damage:**

**Drug Type:** Marijuana   **Drug Quantity:** 106   Gram

**Owner:** GRAY, DAVON (DOB) ******** - Supp #: 0

**Property Index ID:** 652379
**Property:** Drug / Narcotic Equipment   **Supp #:** 0   **Offense:** 35-48-D Controlled Substance- Possess Paraphernalia

**Loss Type:** Seized (NOT previously stolen)
**Status:** Seized   **Value:** $ 0.00
**Damage:**

**Serial #:**   **Misc/OAN:**
**Make:**   **Primary Color:**
**Model:**   **Secondary Color:**
  **Quantity:** 1

**Item Description:** scale
**Owner:** GRAY, DAVON (DOB) ********* - Supp #: 0

**Property Index ID:** 652380
**Property:** Gun - Handgun   **Supp #:** 0

**Loss Type:**
**Status:** Seized   **Value:** $ 300.00
**Damage:**

**Serial #:** SXA556   **Misc/OAN:**
**Make:** Glock   **Primary Color:** Black
**Model:** 23   **Secondary Color:**
**Gun Type:** Pistol
**Gun Action:** Semiautomatic action (autoloading)
**Caliber/Gauge:** 40 cal
**Barrel Length:**
**Quantity:** 1
**Owner:** GRAY, DAVON (DOB) *********- Supp #: 0

**Property Index ID:** 652381
**Property:** Cash   **Supp #:** 0

**Loss Type:**
**Status:** Forfeited   **Value:** $ 671.00
**Damage:**

**Currency:** Us Dollars   **Amount:** $ 671.00

Report Run On: TUESDAY JANUARY 16, 2018 10:32:23 AM   By: CH   Page 3 of 6

PD18003917 - IMPD East District - Marion (IN49)

| Quantity | Denomination | Total Value |
|---|---|---|
| 4 | 100 | $ 400.00 |
| 13 | 20 | $ 260.00 |
| 1 | 10 | $ 10.00 |
| 1 | 1 | $ 1.00 |
| | | $ 671.00 |

**Owner:** GRAY, DAVON (DOB) ********* -Supp#: 0

**Property Status Type**     **Aggregate Value**     **Grand Total of Property Loss:** $ 971.00
                            $ 971.00
Seized (NOT previously stolen)    $ 0.00

## Incident Vehicles

**Suspect**                                                    **Supp #:** 0

**Year/Make/Model:** 2005/DODGE(DODG)/STRATUS
**Type:** Automobile
**Style:**
**Color:** Aluminum, Silver      **Odometer:**
**VIN:** 1B3EL46R05N519457      **Motorcycle CCS:**
**License #/State:** RYK823/Indiana      **License Month/Year:** 5/2018
**License Type:** In God We Trust
**Misc Id:**

**Owner:**
**Value:**
**Status:** None(#0)      **Locked:** N    **Keys In Vehicle:** N

| Vehicle Role | Total Value | Grand Total of Vehicle Loss: |
|---|---|---|
| Suspect | $ 0.00 | |

## Incident Narratives

Title: Field Arrest #18AR-IMPD00182 Narrative #1
Author: Daniel Hiser      Date / Time: 01/11/2018 16:23 Hrs    Supp #: 0

STATE OF INDIANA, COUNTY OF MARION, SS:

PROBABLE CAUSE AFFIDAVIT

IMPD Case/Incident Number: PD18003917

Defendant Name: GRAY, DAVON

Location of Incident: 2070 NORTH ARLINGTON AVENUE

Arresting Officer / ID: HISER/40242

Agency: Indianapolis Metropolitan Police Department

PD18003917 - IMPD East District - Marion (IN49)

On January 11, 2018 at 1538 hours IMPD Officer Daniel Hiser was patrolling in his fully marked police vehicle when he turned south bound onto north Arlington Avenue from East 31st Street. When Officer Hiser turned, he turned behind a Silver Dodge Stratus Bearing 2018 Indiana In God We Trust Plate RYK823. Upon completing his turn Officer Hiser could immediately smell what he knew from his training and experience as a Law Enforcement Officer to be the Odor of Raw Marijuana. Officer Hiser believed the odor to be coming from the vehicle in front of him but was unsure so he continued to patrol south bound on North Arlington Avenue. At around 2300 North Arlington Avenue the Dodge Stratus changed lanes from the left lane to the right lane at which time Officer Hiser noticed that the Odor of Marijuana disappeared. Officer Hiser decided to switch lanes behind the Dodge Stratus and upon changing lanes the Odor of Raw Marijuana returned. The vehicle proceeded to head south bound on North Arlington Avenue crossing East 21st Street at which time they started turning into the Express Mart at 2070 North Arlington Avenue. Once The vehicle turned into the parking lot Officer Hiser noticed that the Odor of /Marijuana once again disappeared. Officer Hiser then turned into the parking lot behind the Dodge Stratus and initiated his emergency lights and siren causing the vehicle to stop, parking in the first nonhandicap parking spot south of the front door.

Once parked the Odor of Marijuana returned. Officer Hiser exited his vehicle and as he began to approach the driver side window, the odor continued to get stronger. Once at the window Officer Hiser asked the driver for his License and Registration. The driver stated he had to renew his license and when he was unable to find it, identified himself verbally as Davon Gray. Officer Hiser returned to his vehicle and checked Davon Gray through MDT at which time he was informed that Davon Gray's driving status was Valid but on a Regular ID Card. At this time Officer Hiser returned to the driver side of the vehicle and requested that Davon Gray turn the vehicle off and step out for him. Davon Gray complied and exitied the vehicle. Officer Hiser had Davon Gray step back to the front of patrol vehicle with Officer Shane Nicholsen. Once back there Davon Gray asked Officer Hiser why he had stopped him. Officer Hiser explained to Davon Gray that he had stopped him due to the strong Odor of Marijuana coming from his vehicle. At this time Davon Gray informed Officer Hiser that there would be about an ounce of Marijuana under his driver seat. At this time Officer Hiser placed Davon Gray into handcuffs and returned to the vehicle to recover the marijuana. Upon returning to the vehicle, Officer Hiser looked under the driver seat where Davon Gray stated the Marijuana would be and located two clear bags both of which contained a green leafy substance that Officer Hiser believed from his training and experience to be raw marijuana. Under the seat Officer Hiser also located a digital scale which he knows to be consitent with the use and sale of narcotics. At this time Officer Hiser requested Davon Gray's marijuana priors from Control. Officer Hiser finished his search of the vehicle and located no other evidence of the crime. After finishing his search of the vehicle, Officer Hiser returned to his vehicle to drop secure the suspected Marijuana and scale while Officer Nicholsen read Davon Gray his Miranda Warnings off of his Miranda Card. Davon Gray stated he understood his rights and did not wish to answer any questions. Officer Hiser then returnedand to Davon Gray and began to search his person incident to arrest. Officer Hiser began by checking Davon Gray's pockets on his pants and then check both pant legs. Upon checking Davon Gray's right pant leg, Officer Hiser noticed a odd shaped bulge around the ankle area of his left leg. Officer Hiser grabbed the object from the outside of the pant leg and could immediately tell due to his training and experience that the object was a firearm.

Officer Hiser returned to his vehicle and retrieved a gun box and gloves while Officer Nicholsen stood with Davon Gray and the returned to Davon Gray to recover the firearm. Officer Hiser removed a black Glock 23 with an extended magazine from Davon Gray's left pant leg. Officer Hiser requested for Control to now provided him with Felony, Domestic, and Firearm priors for Davon Gray and then ran the S/N SXA556 through Control and was informed that it was negative and not on file. Control then informed Officer Hiser that

PD18003917 - IMPD East District - Marion (IN49)

Davon Gray's only priors are for ARMED ROBBERY/FB reference Cause #s 49G05-1301-FB-004384 and 49G05-1212-FB-081823 both decided on 05/03/2013. Officer Hiser finished securing the Glock 23 which had 1 round in the chamber and 6 rounds in the extended Magazine. Further search of Davon Gray located $671.00 in cash which was collected for Forfeiture due Davon Gray being Charged with Felony Dealing Marijuana. Davon Gray was also charged with Possession of a Firearm by a Serious Violent Felon, Possession of Marijuana, Possession of Paraphernalia, and Operating a Vehicle Without ever Receiving a License. The vehicle and property were released to Davon Gray's mother at his request. Davon Gray was transported to INTAKE by MCSD Wagon Deputy Thomas. Officer Torres transported the evidence to the property room.

All events occurred in Marion County, Indianapolis, IN

I swear (affirm), under penalty of perjury as specified by IC 35-44.1-2-1, that the foregoing representations are true.

**/s/ Daniel R. Hiser**

Law Enforcement Officer

| Signed: D. Hiser (#40242) | Reviewed By: Sergeant S. Foley (#30441) |
|---|---|

## Division of Public Safety Communications Call Report

| | | |
|---|---|---|
| **Call #:** 180111858 | **Dispatcher:** 40242 | **Call Time:** 01/11/2018 15:39 Hrs |
| **Received:** | **Event Type:** TRAFFIC STOP | **Priority:** Medium |
| **Caller Name:** | **Phone #:** | **Close Time:** 01/11/2018 16:39 Hrs |
| | | **Disposition:** AR |

### Location

**Incident Location:** 2070 N ARLINGTON AV, INDIANAPOLIS
**Common Place:** E 20TH ST & E 21ST ST
**Caller Location:**
**Latitude:** 39.796187
**Longitude:** -86.064509

### Incident Notes

**Notes:** TRAFFIC STOP

REMARKS/NARRATIVES:
: 01/11/201815:39:50 : B228 @LIC/RYK823  @LIY/2018 @LIT/CM
01/11/201815:41:34: B228 @NAM/GRAY/DAVON @DOB/********* @RAC/B @SEX/M
01/11/2018 15:53:07 : GLOCK 23 40 SER/SXA556 NOT ON FILE
01/11/2018 15:54:34 : DAVON GRAY PRIORS ARMED ROBBERY/FB, 49G05-1301-FB-004384, DISP DATE 05/03/2013... AND ARMED ROBBERY/FB, 49G05-1212-FB-081823, DISP DATE 05/03/2013
01/11/2018 15:58:32 : TRANS .1925
01/11/2018 16:21:35 : INDIANA BMV DRIVER RESPONSEDAVON JEROME GRAY         SOC/317-13-*********** AMERHERST DR APT B       INDIANAPOLIS INDIANA 46260-3144SEX/MALE DOB/*********
HGT/509 WGT/164 HAI/BLK EYE/BRO OLN/********* OLS/IN         OLT/REGULAR ID CARD
EXP/2021-06-20STATUS: VALID                CURRENT POINTS: 0DRIVER PERMITS --
CLASS            ISSUED    EXPIRES   STATUS =====       ======  ========  ======
LEARNER PERMIT         2010-08-05 2012-08-31 ELIGIBLE FOR PERMITTOTALS: SUSPENSIONS: 0
CONVICTIONS: 0    ACCIDENTS: 0
01/11/2018 16:22:05 : INDIANA BMV REGISTRATION RESPONSELIC/RYK823    LIY/2018    LIT/CM
LIS/IN STS/ACTIVE      ISS/2017-05-13  EXP/2018-05-14  STK/RYK823 VIN/1B3EL46R05N519457
VYR/2005  VMA/DODG   VMO/SRX    VCO/SIL   VST/4D  REG/GRAY, VELVALEAN
OLN/0550222336ADR/4641 CRESTVIEW AVE, INDIANAPOLIS, INDIANA 46205-2028--- INSURANCE
INFORMATION: ---INS/STATE FARM INSURANCE                 --- TITLE INFORMATION: ---TTL/12805053000307

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | 40242 | Hiser, Daniel | 01/11/2018 15:39 Hrs | 01/11/2018 15:39 Hrs | |
| N | 40845 | Nicholsen, Shane | 01/11/2018 15:41 Hrs | | |

### Incidents

| Report # | Supp # | Agency | Reporting Officer(s) |
|---|---|---|---|
| PD18003917 | 0 | IMPD East District | Hiser, Daniel |