UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cr-000027-TWP-TAB |
| | ) | |
| DAVON GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion, for an order dismissing the Indictment as to defendant Davon Gray. Upon consideration of the same, the Court grants the Government's Motion.

IT IS THEREFORE ORDERED that the Indictment is dismissed without prejudice as to defendant Davon Gray. Defendant is released from all pretrial conditons of release.

So ORDERED.

Date: 7/13/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification

U.S. Marshal
U.S. Probation Office-Pretrial Release Officer